IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF NEW JERSEY

| | |
|---|---|
| Richard S. Olivares<br>Petitioner, | )<br>)<br>) |
| v. | )   Case No. 09-CV-06442-NLH |
| Donna Zickefoose, Warden<br>Respondent. | )<br>)<br>) |

## MEMORANDUM OF LAW

HERE COMES Petitioner's Memorandum of Law respectfully requesting a DECISION on his § 2241.

Petitioner cannot begin to presume on the Court's schedule but as the nature of the relief sought in his motion is time sensitive, he is left no choice but to beseech anew this Court for a prompt decision.

Petitioner would like to respectfully remind the Court that all legal work (Respondent's Answer and Petitioner's Reply) as required by this Court's initial Order, dated January 4, 2010 (see docket No. 3) have submitted according to the docket sheet for more than two months. Further delay will render Petitioner's motion moot through no fault of his own as Petitioner's one-size fits-all RRC placement date as imposed by Respondent is fast approaching. As matters stand, by the time this document reaches the court, Petitioner will have less than two months left before he is transfered to an RRC. A valuable period of time, that if granted by this Court, will increase his CHANCE of a succesful re-entry into society. Time to re-unite with his family, seek

employment in a troubled economy, participate in a drug treatment program, re-adjust to society after a long period of incarceration, etc.

Finally, Petitioner successfully completed the Non-Residential Drug Program, that under the BOP's own rules and regulations shouls have entitled him for maximum RRC placement consideration.

Petitioner hopes and prays that this Honorable Court will grant the relief sought and any and all further relief it deems just and proper according to the law.

Respectfully submitted,

Richard S. Olivares, pro-se

Date: May 20, 2010.

cc: RSO

Richard S. Olivares
FCI FORT DIX
P.O. Box 2000
Fort Dix, New Jersey  08640
U.S.M.S. No. 44330-054

RECEIVED

JUN 02 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

May 20, 2010

Clerk of the Court
4th and Cooper Street
Camdem, New Jersey  08101

    Re:  Olivares v. Zickefoose
         No. 09-CV-06442-NLH

Dear Clerk of the Court:

    Please find enclosed for filing a Memorandum of Law for Petitioner's § 2241 motion pending before the Court.

    Thank you for your time and attention in this matter.

                            Sincerely,

                            Richard S. Olivares, pro-se

cc:  RSO

INMATE NAME: RICHARDS OLIVARES
REGISTER NO: 44350-054
HOUSING UNIT: 5752
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

SOUTH JERSEY MD-USPS
25 MAY 2010 PM 25 L

Clerk of the Court
United States District Court
4th and Cooper Street
Camden, New Jersey 08101

RECEIVED
JUN 02 ----
AT -